UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62366

ROBERTO GONZALEZ,

 Plaintiff,

vs.

AHZ SUBWAY 472 INC. d/b/a SUBWAY 472,
and UNIVERSITY PINES, LLC,

 Defendants.
_____/

## NOTICE OF SETTLEMENT

 Plaintiff, ROBERTO GONZALEZ, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendants, AHZ SUBWAY 472 INC. d/b/a SUBWAY 472, and UNIVERSITY PINES, LLC (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request ten (10) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties ten (10) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

 I certify that on December 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of

Electronic Filing generated by CM/ECF.

                                      Respectfully submitted,

                                      **J & M ADVOCACY GROUP, LLC**
                                      *Counsel for Plaintiff*
                                      4651 Sheridan Street, Suite301
                                      Hollywood, FL 33021
                                      Telephone: (954) 962-1166
                                      Facsimile: (954) 962-1779
                                      Email: service@jmadvocacygroup.com

                                      */s/ Jessica L. Kerr*
                                      Jessica L. Kerr, Esq.
                                      Florida Bar No. 92810

                                      */s/ Jaci R. Mattocks*
                                      Jaci R. Mattocks, Esq.
                                      Florida Bar No. 115765