**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-62366-BLOOM/Valle**

ROBERTO GONZALEZ,

Plaintiff,

v.

AHZ SUBWAY 472 INC. and
UNIVERSITY PINES, LLC,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [25], reporting that the parties are in the process of executing a settlement agreement, filed on December 12, 2016. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only.
2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers within **thirty (30) days** of the date of this Order.
3. Any pending motions are **DENIED AS MOOT**. Any pending deadlines are **TERMINATED**.

Case No. 16-cv-62366-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 12th day of December, 2016.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2